■ Jerzy Dabrowski et al., Respondents, v ABAX Incorporated et al., Appellants, et al., Defendants. [22 NYS3d 828]—

Order, Supreme Court, New York County (George J. Silver, J.), entered September 4, 2014, which denied defendants-appellants' motion for discovery sanctions against four class members, unanimously affirmed, without costs.

The motion court providently exercised its discretion in deny-

ing defendants' motion to dismiss the four class members from the class, as they did not show that the four class members' failure to appear for a court-ordered deposition was willfull, contumacious or in bad faith (*see* CPLR 3126; *Henderson-Jones v City of New York*, 87 AD3d 498, 504 [1st Dept 2011]). There is no evidence of repeated failures to appear for scheduled depositions or to comply with court-ordered discovery (*see Tsai v Hernandez*, 284 AD2d 116, 117 [1st Dept 2001]). Plaintiffs' counsel stated that her mailings to the four class members were returned to her and that three of the four class members never contacted her (*see Blake v Mamadou*, 281 AD2d 301 [1st Dept 2001]). Counsel further stated that one class member notified her that he could not appear for his scheduled deposition because of personal reasons. Under the circumstances, the motion court providently exercised its discretion in declining to impose a monetary sanction. Concur—Renwick, J.P., Andrias, Saxe and Moskowitz, JJ.